Laura S. Lierman, appellant, v. Carl Vidra, appellee.

Filed June 28, 1919.  No. 20543.

Forcible Entry and Detainer: Direction of Verdict. When on the trial
of a suit in forcible entry and detention it appears from the
evidence of plaintiff that she had neither the title nor the right
to possession of the real estate when suit was instituted, it is
not error to direct a verdict for defendant.

Appeal from the district court for Holt county: Robert
R. Dickson, Judge. *Affirmed.*

*Edward H. Whelan,* for appellant.

*D. L. Jouvenat, contra.*

Morrissey, C. J.

This suit originated in a justice court, where plaintiff
instituted proceedings in forcible entry and detention to
recover possession of a tract of land.  Suit was filed
August 21, 1917.  On appeal to the district court there
was an instructed verdict for defendant.  Plaintiff ap-
peals.

Plaintiff alleged that, on or about August 11, 1917,
defendant entered upon and took possession of the prem-
ises involved.  Plaintiff holds title under a deed execut-
ed by the former owner, bearing date August 8, 1917.
The exact date of delivery is not shown.  Defendant
claims under a lease from the former owner.  On the
trial plaintiff admitted by her testimony that she had
not received the deed, and that the consideration there-
for had not been paid, until after the institution of the
suit.

In order to recover, plaintiff must show her right to
possession on the date suit was commenced.  The deed
not having been delivered, nor the consideration paid,
there was no question for the court to submit to the jury,
and a verdict was properly directed for defendant.

Affirmed.